John J. Kelleher, as Administrator of the Estate of John P. Kelleher, Deceased, Respondent, v. Michael Spicer et al., Appellants.—

Present — Goldman, P. J., Witmer, Gabrielli, Moule and Henry, JJ.